**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DIANNA JONES and SHARDAE BROWN,

Plaintiffs,

v.

CRYSTAL CREEK ASSISTED LIVING and MICHAEL STEIN,

Defendants.

Case No. 21-cv-12280

Hon.

Wayne County Circuit Court No. 21-010640-CD

---

The Law Office of Eric I. Frankie, PLC
Eric I. Frankie (P47232)
Attorney for Plaintiffs
535 Griswold St, Suite 111-542
Detroit, MI 48226
(248) 219-9205
ericfrankie26@yahoo.com

Miller Canfield Paddock & Stone PLC
Richard W. Warren (P63123)
Attorneys for Defendants
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
warren@millercanfield.com

---

# NOTICE OF REMOVAL

NOW COME Defendants, Crystal Creek Assisted Living and Michael Stein, by and through their attorneys, Miller Canfield Paddock & Stone PLC, and for their Notice of Removal pursuant to 28 U.S.C. §§ 1331 and 1441, *et seq.*, state as follows:

## I. BACKGROUND

1. Plaintiffs Dianna Jones and Shardae Brown commenced this action by filing a Complaint against Crystal Creek Assisted Living and Michael Stein in the Circuit Court for Wayne County, Michigan, captioned *Dianna Jones and Shardae Brown v. Crystal Creek Assisted Living and Michael Stein*, and bearing the Case No. 21-010640-CD (the "Complaint"). A copy of the Complaint, including Summons and Jury Demand, is attached as Exhibit 1.

2. Plaintiffs attempted to serve Defendants by hand delivering the Complaint to an individual named Helen Brown while she was on site at Crystal Creek Assisted Living. Such service was ineffective, however, because Brown is not an employee of Crystal Creek, much less an officer or managing agent as required by Federal Rule of Civil Procedure 4(h)(1)(B) and Michigan Court Rule 2.105(D).

3. Defendant Stein was subsequently served with the Complaint on September 4, 2021 by registered mail. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a)(1)(c).

## II. BASIS FOR REMOVAL

4. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. There is federal question jurisdiction because the Plaintiffs allege violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Additionally,

venue in this Court is proper because the state court action was removed from the Circuit Court for Wayne County, Michigan.

**A. Federal Question**

4. At paragraph 41 and 42 of the Complaint, Plaintiffs expressly assert claims under the FLSA, stating: "Defendants have willfully violated the FLSA by not paying Plaintiffs one and one-half times their regular hourly wage for each hour or part of an hour that they have worked in excess of 40 in a week. Defendants have also retaliated against Plaintiffs for asserting their rights under the FLSA by discriminating against them and terminating them."

**B. Venue is Proper**

5. Venue is proper in the United States District Court for the Eastern District of Michigan, because this action was removed from the Circuit Court for Wayne County, Michigan.

## III. CONCLUSION

6. This Court has original jurisdiction over this action, and this case may be properly removed to this Court pursuant to 28 U.S.C. § 1441(a), in that the captioned matter is a civil action arising the laws of the United States pursuant to 28 U.S.C. § 1331.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon the Plaintiffs, through their attorney of record, and filed in the Circuit Court for Wayne County, Michigan.

WHEREFORE, Defendants Crystal Creek Assisted Living and Michael Stein respectfully request that this action be removed from the Circuit Court for Wayne County, Michigan to the United States District Court for the Eastern District of Michigan, pursuant to 28 U. S. C. §§ 1331 and 1441 *et seq*. for further proceedings and disposition.

Respectfully submitted,

/s/ Richard W. Warren
Richard W. Warren (P63123)
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendants
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
warren@millercanfield.com

Dated: September 28, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was served on September 28, 2021, by First Class U.S. Mail and e-mail, upon the following firm:

The Law Office of Eric I. Frankie, PLC
Eric I. Frankie
Attorney for Plaintiffs
535 Griswold St, Suite 111-542
Detroit, MI 48226
(248) 219-9205
ericfrankie26@yahoo.com

/s/ Richard W. Warren
Richard W. Warren (P63123)
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendants
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
warren@millercanfield.com